ATLANTIC TRANSPORT COMPANY OF WEST VIRGINIA *v.* STATE OF MARYLAND TO THE USE OF SZCZESEK.

CERTIORARI TO THE CIRCUIT COURT OF APPEALS FOR THE FOURTH CIRCUIT.

No. 216.   Argued January 29, 30, 1914.—Decided May 25, 1914.

Decided on the authority of *Atlantic Transport Company* v. *Imbrovek,* ante, p. 54.

193 Fed. Rep. 1019, affirmed.

THE facts are stated in the opinion.

*Mr. Edward Duffy,* with whom *Mr. Nicholas P. Bond* and *Mr. Ralph Robinson* were on the brief, for petitioner.

*Mr. W. H. Price, Jr.,* and *Mr. John E. Semmes, Jr.,* with whom *Mr. John E. Semmes, Mr. Jesse N. Bowen* and *Mr. Matthew Gault* were on the brief, for respondent.

·MR. JUSTICE·HUGHES delivered the opinion of the court.

This is a libel filed on behalf of the widow and infant children of Martin Szczesek to recover damages for injuries resulting in his death. Szczesek was a stevedore in the employ of the Atlantic Transport Company, the petitioner, · and was engaged in loading the ship Pretoria. The District Court allowed a recovery against the petitioner (190 Fed. Rep. 240) which the Circuit Court of Appeals affirmed. 193 Fed. Rep. 1019.

The questions presented are the same as those which were considered in *Atlantic Transport Company* v. *Imbrovek, ante,* p. 52, decided this day and, for the reasons stated in the opinion in that case, the decree is affirmed.

*Affirmed.*